UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

SOLOS TECHNOLOGY LIMITED,
*Plaintiff,*

**Case No. 1:26-cv-10304-ADB**
*(Judge Allison D. Burroughs)*

v.

META PLATFORMS, INC., et al.,
*Defendants.*

In re: **DAITONA CARTER,**

*Petitioner.*

## PETITION FOR WRIT OF MANDAMUS

Petitioner, Daitona Carter, appearing pro se, respectfully petitions this Court for a Writ of Mandamus directing the United States District Court for the District of Massachusetts to rule on pending emergency motions and to grant access to the Court's electronic filing system.

## I. JURISDICTION

This Court has jurisdiction pursuant to the All Writs Act, 28 U.S.C. § 1651(a). Because the underlying action includes claims arising under the Patent Act, 35 U.S.C. §§ 1 et seq., this Court has authority to issue extraordinary writs in aid of its jurisdiction.

The underlying matter is Solos Technology Limited v. Meta Platforms, Inc., Case No. 1:26-cv-10304, filed January 23, 2026, in the United States District Court for the District of Massachusetts, a civil action arising under the Patent Act.

## II. INTEREST OF THE PETITIONER

Petitioner is the Senior Inventor of the "Project Aria" architecture at issue in the underlying litigation. Petitioner seeks to intervene under Fed. R. Civ. P. 24 to correct inventorship pursuant to 35 U.S.C. § 256.

## III. STATEMENT OF THE ISSUE

Whether the district court's failure to rule within a reasonable time on Petitioner's emergency motions (Docs. 60, 63, and 65), combined with denial of electronic filing access, constitutes a clear abuse of discretion warranting mandamus relief.

## IV. STATEMENT OF FACTS

**Procedural Background:**

On March 30, 2026, Petitioner filed:

- Motion to Intervene (Doc. 58);

- Motion for Protective Order (Doc. 60);

- Motion for Temporary Restraining Order (Doc. 63); and

- Motion for Leave to File Electronically (Doc. 65).

**Pending Emergency Motions:**

As of April 8, 2026, the motions for protective order, temporary restraining order, and electronic filing access remain pending.

**Procedural Constraint and Filing Barrier:**

On information and belief, the Clerk's Office instructed Petitioner not to submit additional filings pending resolution of the Motion to Intervene (Doc. 58). However, Petitioner's emergency motions remain pending.

This creates a procedural barrier preventing Petitioner from pursuing emergency relief while lacking electronic filing access.

**Practical Exclusion from Proceedings:**

Petitioner resides in New York City and has experienced unreliable physical mail delivery. Without reliable access to CM/ECF and given documented difficulties with physical mail,

Petitioner is effectively unable to ensure proper service on the Defendants under Federal Rule of Civil Procedure 5.

**Emergency Nature of Relief:**

Petitioner seeks a temporary restraining order under Fed. R. Civ. P. 65, which requires prompt judicial consideration.

## V. REASONS WHY THE WRIT SHOULD ISSUE

### A. Governing Standard:

A writ of mandamus is appropriate where:

1. no other adequate means exist,

2. the right to relief is clear and indisputable, and

3. the writ is appropriate under the circumstances.

Cheney v. U.S. Dist. Court, 542 U.S. 367, 380–81 (2004).

### B. No Adequate Alternative Means:

Petitioner lacks any adequate alternative means to obtain relief due to lack of filing access and pending motions.

As established in Section IV, the administrative restrictions prevent Petitioner from effecting service or receiving notice, leaving no adequate alternative means for relief.

This creates a procedural barrier preventing Petitioner from pursuing emergency relief while lacking electronic filing access. Furthermore, the current directive prevents Petitioner from effecting proper service upon the Defendants. Without access to the CM/ECF system, and given the prohibitions on informal electronic communication, Petitioner is unable to comply with Federal Rule of Civil Procedure 5. This administrative restriction effectively immunizes the Defendants from Petitioner's claims by stripping Petitioner of the legal means to serve them.

### C. Clear and Indisputable Right:

The combination of delay and denial of filing access effectively deprives Petitioner of meaningful access to the courts.

### D. Appropriateness:

Petitioner seeks narrow relief limited to:

- access to CM/ECF; and

- rulings on pending motions.

### VI. PRAYER FOR RELIEF

Petitioner respectfully requests that this Court:

- Direct the district court to rule on Docs. 60, 63, and 65;

- Grant CM/ECF access; and

- Grant any further appropriate relief.

Respectfully submitted,

D Carter

Daitona Carter

Petitioner, Pro Se

Dated: April 8, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**SOLOS TECHNOLOGY LIMITED,**
  *Plaintiff,*

**Case No. 1:26-cv-10304-ADB**

  v.                                             *(Judge Allison D. Burroughs)*

**META PLATFORMS, INC., et al.,**
  *Defendants.*

In re: **DAITONA CARTER,**

  *Petitioner.*

### DECLARATION OF DAITONA CARTER (28 U.S.C. § 1746)

I, Daitona Carter, declare:

1. I am the Petitioner.

2. I filed the motions on March 27; they were docketed on March 30.

3. As of April 8, 2026, the emergency motions remain pending.

4. I do not have CM/ECF access.

5. I reside in New York City and experience unreliable mail delivery.

6. I was instructed that filings could not be submitted via email.

7. I am unable to effectively participate in the case due to lack of filing access and physical mail difficulties.

8. Copies of the emails from the Clerk documenting the restriction on electronic filing are attached as Exhibit 1 and Exhibit 2.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 8, 2026.

D CARTER

Daitona Carter

Petitioner, Pro Se

**Attachment Sheet for USCA Form 31**

**Daitona Carter, Pro Se**
**Case No.: 1:26-cv-10304-ADB**

**1. Issues on Appeal (if more space needed):**

District court's failure to rule on emergency motions (Docs. 60, 63, 65)
Denial of electronic filing access (CM/ECF)
Interference with proper service and participation in the case

**2. Employment History / Income (if more space needed):**

Self (TVPA 2023–2026) – $0 monthly
All other potential income blocked, stolen, or deleted by third parties

**3. Financial Accounts / Cash (if more space needed):**

Cash App: under first name + last initial; balance under $2

**4. Expenses (if more space needed):**

Hotels (Feb–Mar 2026): ~$15,000 total (entirely paid by others; petitioner did not personally pay)

Utilities, food, clothing, medical, transportation: $0; all necessities provided by donations or emergency aid

**5. Dependents (if more space needed):**

One dependent (age 24, TVPA survivor); no income due to interference with employment/internships

**6. Expected Changes (Q10):**

Possible access to litigation funding if granted intervenor status; otherwise, income/expenses remain as above

**7. Explanation for Inability to Pay Fees (Q13):**

Petitioner cannot pay fees; all income sources blocked; work and intellectual property stolen/deleted; dependent's income similarly blocked

1



**ORDER TICKET**
Page 1 of 1

Order #: **6952496019**

Total Jobs: **1**

**Store #: 0741**
3301 Richmond Highway
VA 22305
+1 (703) 836-9485

PAYMENT: **Paid** - Paid Online

**COURIER**

## CUSTOMER INFORMATION

| | |
|---|---|
| Customer Name: | **of the Court, Clerk** |
| Company: | US Court of Appeals for the Federal Circuit |
| Address: | 55 West 116th Street New York, NY 10026 |
| Phone: | +1 (202) 275-8000 |
| Email: | dc2026@tuta.com |
| Rewards #: | |
| Alt Pickup Name: | of the Court, Clerk |
| Phone: | +1 (202) 275-8000 |
| Email: | dc2026@tuta.com |

## SCHEDULE

| | |
|---|---|
| Date Created: | Apr 07, 2026 04:03 PM EDT |
| Due Date: | **Apr 08, 2026 09:00 AM EDT** |
| Est. Run Time: | 7m |
| Source: | design.staples.com |
| Origin Facility: | **CC0741** |
| Delivery Method: | **Courier** |

## JOB INFORMATION

| JOB NO. | QTY | PRODUCT NAME |
|---|---|---|
| 146531259 | 1 | Simple Print |

## QUALITY CHECK

- ☐ Verified finished product to originals
- ☐ Reviewed proof or job instructions
- ☐ Special Instructions were followed
- ☐ Correct finished quantity
- ☐ Images are crisp and not pixelated
- ☐ Colors are accurate and consistent
- ☐ Correct paper type, color and size
- ☐ Stapling and placement correct

United States Court of Appeals for the Federal Circuit
**RECEIVED FROM NIGHT BOX**
APR 09 2026

Order Produced by                (Please Print)

Order Quality Checked By              (Please Print)

Thank you for your continued business!

When it comes to 100% quality, every detail counts. That's why we have created this Quality Checklist specifically for your order.

**INTERNAL ONLY**

# ∏ Staples.

# PICKUP CONFIRMATION

Page 1 of 1

## CUSTOMER INFORMATION

Customer Name: **of the Court, Clerk**

Alt Pickup Name: **of the Court, Clerk**

Company: US Court of Appeals for the Federal Circuit

Phone: +1 (202) 275-8000

Email: dc2026@tuta.com

Rewards #:

## ORDER INFORMATION

Order #: **6952496019**

Number of Jobs: **1**

Date Created: **Apr 07, 2026 04:03 PM EDT**

Sub Total: **$13.07**

Order Total: **$14.81**

## ORDER DETAILS

| JOB NO. | QTY | PRODUCT NAME | BIN # |
|---|---|---|---|
| 146531259 | 1 | Simple Print | _____ |

United States Court of Appeals for the Federal Circuit

RECEIVED FROM NIGHT BOX

APR 09 2026

Page 1 of 1

Discard on Pickup

Customer Name/Alt Pickup Name

# of the Court/of th

of the Court: +1 (202) 275-8000

| **of the Court, Clerk** | | Order # | | **INTERNAL ONLY** |
|---|---|---|---|---|

INTERNAL ONLY

| Company Name |
|---|
| **US Court of Appeals for the Federal** |



6952496019

| Phone |
|---|
| **+1 (202) 275-8000** |

| Due Date |
|---|
| **Apr 08, 2026 09:00 AM EDT** |

| Ship To |
|---|
| **of the Court, Clerk717 Madison Place Northwest Washington DC 20439** |

| Source |
|---|
| **design.staples.com** |

| | **Courier Pickup** |
|---|---|

| Special Instructions |
|---|

| Origin Facility | City, State |
|---|---|
| **CC0741** | **Alexandria, VA** |

| Est. Run Time |
|---|
| **7m** |

| Delivery Method | Delivery Type |
|---|---|
| **Courier** | **courier** |

## Print Only

| Product Quantity: | # of Pages: | Finished Size: |
|---|---|---|
| **1** | **17** | **8.5" x 11"** |

| Job Name |
|---|
| **Solos v Meta Writ - METAROBBEDME** |

| File Name |
|---|
| **pdf24_merged_printready.pdf** |

| Preflight | File Notes |
|---|---|

## Simple Print

| | |
|---|---|
| Press: **XEROX C60** | Number Up: **1** |
| # of Clicks: **17** | Print Quantity: **1** |
| Stock: **28# Premium White 8.5x11** | Press Sheet Size: **11" x 8.5"** |
| Sheet Count: **17** | Bleeds: **No** |
| Color: **Color** | Printed Sides: **One Sided** |
| Orientation: **Portrait** | Collation: **Sheet and Set** |
| Page Count: **17** | |

### Finishing Options: Simple Print

| Corner Stitch | |
|---|---|
| Bind Side: Left | |

| Total Job(s) In Order | Jobs in Facility | Job # | | Customer Name | 1 of 1 |
|---|---|---|---|---|---|
| **1** | **Job 1 of 1** | **146531259** | | **of the Court, Clerk** | |